**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | James R. Umpleby, Jr.; aka Jimmy Umpleby, Jr. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Georgia |
| Case number | 18-71162 |

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial Corporation      **Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account: 0 2 5 3

**Date of payment change:**
Must be at least 21 days after date of this notice     01/01/2020

**New total payment:**
Principal, interest, and escrow, if any     $ 1,268.14

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 365.75     New escrow payment: $ 453.74

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Debtor 1  **James R. Umpleby, Jr.**
    First Name   Middle Name   Last Name

Case number (if known) **18-71162**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **/s/ D. Anthony Sottile**
Signature

Date **12/11/2019**

Print: **D. Anthony Sottile**
First Name   Middle Name   Last Name

Title **Authorized Agent for Creditor**

Company **Sottile & Barile, LLC**

Address **394 Wards Corner Road, Suite 180**
Number   Street

**Loveland**   **OH**   **45140**
City   State   ZIP Code

Contact phone **513-444-4100**

Email **bankruptcy@sottileandbarile.com**

**HOME POINT FINANCIAL**

FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. Box 619063
Dallas, TX 75261-9063

**ESCROW STATEMENT**

| | |
|---|---|
| Analysis Date: | November 07, 2019 |
| Loan Number: | |
| For Inquiries: | 800.686.2404 |
| Property Address: | 4131 WHITHORN WAY |
| | VALDOSTA GA 31605 |

MISTY D UMPLEBY
JAMES R UMPLEBY
4131 WHITHORN WAY
VALDOSTA GA 31605-7864

### Annual Escrow Account Disclosure Statement - Projections for Coming Year

The following is an overview of your escrow account with Home Point Financial Corporation. It contains a snapshot of the anticipated disbursements for the coming year and the history of escrow payments made on your behalf in the prior year. Any potential adjustments due to increases or decreases with your escrowed items may affect your monthly escrow payment. If your escrow payment increases, your monthly mortgage payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Current | Effective 01/01/20 |
|---|---|---|
| Principal & Interest Pmt | $814.40 | $814.40 |
| Total Monthly Escrow Payment | $365.75 | $453.74 |
| Reserve Acct Pymt | $0.00 | $0.00 |
| HUD 235/265 Pymt (-) | $0.00 | $0.00 |
| Misc Acct Payment | $0.00 | $0.00 |
| **Total Payment** | **$1,180.15** | **$1,268.14** |

| Shortage/Surplus Information | Effective 01/01/20 |
|---|---|
| Upcoming Total Annual Bills | $4,903.79 |
| Required Cushion | $604.88 |
| Required Starting Balance | $907.31 |
| Over/Short Spread | $45.09 |

**Cushion Calculation:** Because Home Point Financial does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of $604.88. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Based upon federal or state regulations, if your escrow account is required to maintain a cushion, the minimum balance should not be below 1/6th or 1/12th of the anticipated payments from the account. If your escrow account is not required to maintain a cushion, a minimum balance is not required.

These are the escrow items we anticipate we will collect for or pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due.

| Date | Anticipated Payments | | | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | Description | Anticipated | Required |
| | | | Starting Balance | $269.33 | $907.31 |
| JAN 2020 | $408.65 | $106.21 | FHA INSURANC | $571.77 | $1,209.75 |
| FEB 2020 | $408.65 | $106.21 | FHA INSURANC | $874.21 | $1,512.19 |
| MAR 2020 | $408.65 | $106.21 | FHA INSURANC | $1,176.65 | $1,814.63 |
| APR 2020 | $408.65 | $106.21 | FHA INSURANC | $1,479.09 | $2,117.07 |
| MAY 2020 | $408.65 | $106.21 | FHA INSURANC | $1,781.53 | $2,419.51 |
| MAY 2020 | | $1,534.00 | PROPERTY INS | $247.53 | $885.51 |
| JUN 2020 | $408.65 | $106.21 | FHA INSURANC | $549.97 | $1,187.95 |
| JUL 2020 | $408.65 | $106.21 | FHA INSURANC | $852.41 | $1,490.39 |
| AUG 2020 | $408.65 | $106.21 | FHA INSURANC | $1,154.85 | $1,792.83 |
| SEP 2020 | $408.65 | $106.21 | FHA INSURANC | $1,457.29 | $2,095.27 |
| OCT 2020 | $408.65 | $106.21 | FHA INSURANC | $1,759.73 | $2,397.71 |
| NOV 2020 | $408.65 | $106.21 | FHA INSURANC | $2,062.17 | $2,700.15 |
| NOV 2020 | | $2,095.27 | COUNTY TAX | ($33.10) | $604.88 |
| DEC 2020 | $408.65 | $106.21 | FHA INSURANC | $269.34 | $907.32 |



**HOME POINT FINANCIAL**

11511 Luna Road, Suite 200
Farmers Branch,TX 75234
(800) 686-2404

HOME POINT FINANCIAL CORPORATION
P. O. BOX 790309
ST LOUIS, MO 63179-0309

**Escrow Shortage Reply (This is not a bill)**

| | |
|---|---|
| Loan Number: | |
| Full Shortage Amount: | $541.08 |
| Payment Amount | $_____ |

Your escrow shortage has been spread over 12 months, resulting in an additional increase in your monthly payment in the amount of $45.09.

IF YOU CHOOSE to pay your shortage in full, please visit www.homepointfinancial.com in order to expedite your payment. You can also mail this coupon with your remittance of the full shortage amount to the address shown to the left.

Home Point Financial Corporation
Enter Suite 120
Farmers Branch, TX 75234
800.686.2404

MISTY D UMPLEBY
JAMES R UMPLEBY
4131 WHITHORN WAY
VALDOSTA GA 31605-7864

Property Address:
4131 WHITHORN WAY
VALDOSTA GA 31605

Analysis Date: November 07, 2019

Loan Number:

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | $4,903.80 | $4,903.79 | | | |

## Annual Escrow Account Disclosure Statement
### Account History

The following statement of activity in your escrow account from September 2019 through December 2019 displays actual activity as it occurred in your escrow account during that period. If you received Account Projections with a prior analysis, they are included again here for comparison.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | $1,488.20 | $840.62 |
| SEP | $380.95 | | ($106.21) | | FHA INSURANC | $1,762.94 | $840.62 |
| SEP | | | | $106.21 * | FHA INSURANC | $1,762.94 | $734.41 |
| OCT | $380.95 | $362.18 * | ($106.21) | | FHA INSURANC | $2,037.68 | $1,096.59 |
| OCT | | | | $106.21 * | FHA INSURANC | $2,037.68 | $990.38 |
| OCT | | | $2,095.27 * | | COUNTY TAX | $2,037.68 | ($1,104.89) |
| NOV | $380.95 | $1,189.98 * | ($106.21) | $106.21 | FHA INSURANC | $2,312.42 | ($21.12) |
| NOV | | | ($1,762.94) | | COUNTY TAX | $549.48 | ($21.12) |
| DEC | $380.95 | $396.66 * | ($106.21) | $106.21 | FHA INSURANC | $824.22 | $269.33 |
| JAN | $380.95 | | ($106.21) | | FHA INSURANC | $1,098.96 | $269.33 |
| FEB | $380.95 | | ($106.21) | | FHA INSURANC | $1,373.70 | $269.33 |
| MAR | $380.95 | | ($106.21) | | FHA INSURANC | $1,648.44 | $269.33 |
| APR | $380.95 | | ($106.21) | | FHA INSURANC | $1,923.18 | $269.33 |
| MAY | $380.95 | | ($106.21) | | FHA INSURANC | $2,197.92 | $269.33 |
| MAY | | | ($1,534.00) | | PROPERTY INS | $663.92 | $269.33 |
| JUN | $380.95 | | ($106.21) | | FHA INSURANC | $938.66 | $269.33 |
| JUL | $380.95 | | ($106.21) | | FHA INSURANC | $1,213.40 | $269.33 |
| AUG | $380.95 | | ($106.21) | | FHA INSURANC | $1,488.14 | $269.33 |
| | $4,571.40 | $1,948.82 | -$4,571.46 | $2,520.11 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is $269.33. Your starting balance (escrow balance required) according to this analysis should be $907.31. This means you have a shortage of ($541.08). This shortage may be collected from you over a period of 12 months unless the shortage is less than 1 months deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

We anticipate the total of your coming year bills to be $4,903.79. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment: | $408.65 |
| Over/Short Spread: | $45.09 |
| Escrow Payment: | $453.74 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $1,223.05 which includes principal, interest, and escrow. Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may change.



NMLS# 7706

Home Point Financial Corporation
11511 Luna Road Suite 200
Farmers Branch TX 75234
800.686.2404

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

MISTY D UMPLEBY
JAMES R UMPLEBY
4131 WHITHORN WAY
VALDOSTA GA 31605-7864

Property Address:
4131 WHITHORN WAY
VALDOSTA GA 31605

Analysis Date: November 07, 2019

Loan Number: ▇▇▇▇▇▇▇▇

**If you are a New York resident or your property is in the state of New York,** and you desire to file a complaint about Home Point Financial, you may file with the New York State Department of Financial Services and may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

Home Point Financial Corporation is a debt collector. Home Point Financial Corporation is attempting to collect a debt and any information obtained will be used for that purpose. However, if you are in bankruptcy or received a bankruptcy discharge of the debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-71162 |
| James R. Umpleby, Jr.<br>  *aka* Jimmy Umpleby, Jr. | Chapter 13 |
| Debtor. | Judge John T. Laney III |

**CERTIFICATE OF SERVICE**

I certify that on December 11, 2019, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Charles F. Farrell, Jr., Debtor's Counsel
    admin@charlesfarrelllaw.com

    Kristin Hurst, Chapter 13 Trustee
    ecf@ch13trustee.com

    Office of the United States Trustee
    ustp.region21.mc.ecf@usdoj.gov

I further certify that on December 11, 2019, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    James R. Umpleby, Jr., Debtor
    4131 Whithorn Way
    Valdosta, GA 31605

| | |
|---|---|
| Dated: December 11, 2019 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile<br>Authorized Agent for Creditor<br>Sottile & Barile, LLC<br>394 Wards Corner Road, Suite 180<br>Loveland, OH 45140<br>Phone: 513.444.4100<br>Email: bankruptcy@sottileandbarile.com |