# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| In Re: | Case No. 18-71162 |
| James R. Umpleby, Jr.<br>  *aka* Jimmy Umpleby, Jr. | Chapter 13 |
| Debtor. | Judge John T. Laney III |

### WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE (Doc. 17)

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Withdrawal of the Notice of Mortgage Payment Change (Doc. 17).

    Respectfully Submitted

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com

# **CERTIFICATE OF SERVICE**

I certify that on January 8, 2020, a copy of the foregoing Withdrawal was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Charles F. Farrell, Jr., Debtor's Counsel
    admin@charlesfarrelllaw.com

    Kristin Hurst, Chapter 13 Trustee
    ecf@ch13trustee.com

    Office of the United States Trustee
    ustp.region21.mc.ecf@usdoj.gov

I further certify that on January 8, 2020, a copy of the foregoing Withdrawal was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    James R. Umpleby, Jr., Debtor
    4131 Whithorn Way
    Valdosta, GA 31605

    /s/ D. Anthony Sottile
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com